


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME NALBANDIAN | No. **1:25-cr-00670**<br>**Judge Sunil R. Harjani**<br>**Magistrate Judge Jeffrey T. Gilbert**<br>**RANDOM/Cat. 4**<br><br>Violation: Title 21, United States Code, Section 841(a)(1) |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about April 12, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME NALBANDIAN,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY